IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| | ) | |
| JAMES BUSER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:12-CV-755-FL |
| | ) | |
| ECKERD CORPORATION D/B/A | ) | |
| RITE AID | ) | |
| and | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion and Supporting Memorandum

to Seal Exhibits 56-58 Filed with Motion for Summary Judgment, any opposition thereto, and the

entire record herein, it is this _____18th_____ day of _____June, 2014

ORDERED that Plaintiff's Consent Motion and Supporting Memorandum to Seal

Exhibits 56-58 Filed with Motion for Summary Judgment is GRANTED.


ENTERED this _18th_ day of June 2014.

_____

The Honorable Louise W. Flanagan
United States District Judge