**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| **JAMES BUSER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 5:12-CV-755-FL** |
| ) | |
| **ECKERD CORPORATION d/b/a** ) | |
| **RITE AID, a subsidiary of RITE AID** ) | |
| **CORPORATION** ) | |
| ) | |
| **PRUDENTIAL INSURANCE COMPANY** ) | |
| **OF AMERICA,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff James Buser, Defendant

Eckerd Corporation d/b/a Rite Aid, and Defendant Prudential Insurance Company of America,

all of the parties who have appeared in the above-captioned action, as evidenced by the

respective signatures of counsel below, STIPULATE AND AGREE that Plaintiff's Complaint,

including any and all amendments thereto, and any and all claims and causes of action, are

hereby dismissed *with prejudice* as to all parties, with each party to bear his or its own costs and

attorneys' fees.

Respectfully submitted,


_____/s/ John T. Harrington_____
John T. Harrington, VA Bar No. 76008
R. Scott Oswald, VA Bar No. 41770
The Employment Law Group, P.C.

888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
tharrington@employmentlawgroup.com
soswald@employmentlawgroup.com

Michael C. Byrne
Law Offices of Michael C. Byrne, PC
Wachovia Capitol Center, Suite 1130
150 Fayetteville Street
Raleigh, NC 27601
Phone (919) 865-2572
michael@mcbyrnelaw.com
Local Civil Rule 83.1 Counsel
NC Bar #22690

*Attorneys for Plaintiff James Buser*

_____/s/ Beth A. Moeller_____
Beth A. Moeller, GA Bar No. 100158
Daniel E. Turner, GA Bar No. 719330
Littler Mendelson, P.C.
3344 Peachtree Street NE, Suite 1500
Atlanta, GA 30326
(404) 233-0330
(404) 420-2480 (facsimile)
bmoeller@littler.com
dturner@littler.com

*Attorneys for Defendant Eckerd Corporation*

_____/s/ Ian H. Morrison_____
Dan McCord Hartzog, Jr.
dhartzogjr@cshlaw.com
CRANFILL SUMNER & HARTZOG, LLP
P. O. Box 27808
5420 Wade Park Blvd., Suite 300
Raleigh, NC 27611-7808
(919) 828-5100
(919) 828-2277 (facsimile)

Sam Schwartz-Fenwick
sschwartz-fenwick@seyfarth.com
Ian Morrison
imorrison@seyfarth.com

SEYFARTH SHAW LLP
131 South Dearborn Street Suite 2400
Chicago, Illinois 60603
(312) 460-5000
(312) 460-7000 (facsimile)

*Attorneys for Defendant Prudential Insurance
Company of America*

It is hereby so **ORDERED** that the Stipulation of Dismissal with Prejudice is

**GRANTED**.


Dated this _____31st_____ day of _____July___, 2015.

The Honorable Louise W. Flanagan
United States District Judge